AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

 SEALED

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 24-mj-21 |
| DRESHAWN FIELDS | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __01/09/2023__ in the parish of __Orleans__ in the __Eastern__ District of __Louisiana__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21, U.S.C. § 841(a)(1) | Possession with the Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

/s/ Alden Moton, Jr.
*Complainant's signature*

Alden Moton, Jr., Task Force Officer, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 11, 2024

*Judge's signature*

City and state: New Orleans, Louisiana   Hon. Janis van Meerveld, U.S. Magistrate Judge
*Printed name and title*

___ Fee ___
_x_ Process  2 cc's USM
___ Dktd
___ CtRmDep
___ Doc. No

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA                **SEALED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 24-mj-21 |
| v. | * | SECTION: MAG |
| DRESHAWN FIELDS | * | |

\* \* \*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Alden Moton Jr., being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Detective with the New Orleans Police Department ("NOPD") and a Task Force Officer with the Federal Bureau of Investigation ("FBI"). I am currently assigned to the New Orleans Violent Crime Task Force ("NOVCTF"). In that role, my primary duties involve investigating fugitive matters, armed robberies, firearms violations, gang activity, violent offenses, and drug trafficking. I started my law enforcement career as a patrolman with NOPD from 2005 to 2016. In that position, I effectuated hundreds of arrests and conducted a variety of investigations. I accepted a position as a detective with the NOPD Department 7th District Investigations Unit ("DIU") in November of 2016 and later transferred to the NOPD Violent Crime Abatement Investigation Team ("VCAIT") / NOVCTF in October of 2020.

2. As an FBI Task Force Officer, I have conducted and participated in investigations of armed carjackings, narcotics trafficking, organized crime, and weapons offenses. During these investigations, I have utilized various types of investigative techniques, including informants, physical surveillance, and the service of Grand Jury subpoenas. I have participated in the execution of numerous federal arrest warrants and search warrants.

3. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. As further set forth below, I am conducting an investigation into violations of Title 21, U.S.C. § 841(a)(1) Possession with the Intent to Distribute Controlled Substances by **DRESHAWN FIELDS**, (B/M, DOB 2-22-1996).

## PROBABLE CAUSE

5. In October of 2023, your affiant, Detective Alden Moton, a member of the New NOPD VCAIT, also acting in his capacity as a deputized Federal Task Force Officer ("TFO") with the FBI NOVCTF, located **FIELDS**'s social media page via Instagram under the username, "slimreaper777."

6. On October 4, 2023, **FIELDS** posted a video of four boxes of Tapentadol with the caption "Rush hour (train emoji)." Tapentadol is a Schedule II narcotic used to help relieve moderate to severe short-term pain. An emoji is a small digital image or icon used to express an idea, emotion, etc. Based upon your affiant's training and experience, train emojis are used to represent Tapentadol and sellers of Tapentadol often showcase the narcotic to attract potential buyers.



7.      On December 1, 2023, **FIELDS** posted a photo of the entertainment console of a Dodge vehicle with the caption "Issa Blitz (train emoji, gas pump emoji, and check mark emoji)". In your affiant's training and experience, the gas pump emoji is used to represent a high-grade marijuana, which is referred to as "gas." Based on your affiant's training and experience, when **FIELDS** posted the caption "Issa Blitz (train emoji, gas pump emoji, and check mark emoji)" he was telling potential buyers of his narcotics that he had Tapentadol and marijuana and to hurry up and come get it.



8. On Thursday, December 7, 2023, **FIELDS** posted a photo at a takeout restaurant inside the Valero Gas Station (2013 S. Claiborne Ave New Orleans, La 70125) with the location tagged in the photo. Your affiant viewed a video from the aforementioned gas station and observed **FIELDS** arrive and depart the location in a white Dodge Charger. Based on your affiant's training and experience, drug sellers will advertise drugs and then post where they are, so drug buyers can meet them to complete the sale.

4

5



9.	On December 11, 2023, **FIELDS** posted twenty packs of Tapentadol pills with the caption "Blitz me (devil face and check emoji)". Based on your affiant's training and experience, **FIELDS** was advertising Tapentadol for sale.



10. On January 9, 2023, at approximately 1520 hours, an NOPD officer observed a white Dodge Charger located at 10833 Chef Menteur Highway, New Orleans, Louisiana. The officer further observed a slim, tall, black male with dreadlocks attired in black pants and a colorful hoody exit the driver's seat of the vehicle and walk to another vehicle that was also parked in the same parking lot.

11. The officer observed the vehicle with an expired temporary tag, as well as a black and red plate cover. The officer requested the assistance of additional units and activated his lights and sirens to conduct a stop on the vehicle. The officer observed a female in the front passenger of the vehicle and observed the previously observed male near the vehicle. The male then started running. The officer gave chase, but the suspect male ultimately got away successfully.

12. As the officer was pursuing the black male, another officer detained the front-seat passenger, a black female. The front-seat passenger stated that the driver of the vehicle was her

6

boyfriend, **FIELDS**, and that he had the vehicle for a few months. The officer verified **FIELDS**'s identification with a photo from his Louisiana identification card. The officer positively identified **FIELDS** as the same individual whom he observed exiting the white Dodge Charger and the same individual whom he was chasing on foot.

13. Officers verified the identification of the vehicle via the vehicle identification number (VIN) and discovered that it was stolen from Kenner, Louisiana on December 8, 2023. The vehicle **FIELDS** fled from was confirmed stolen by the NOPD and Kenner Police Department National Crime Information Center technicians.

14. The investigating officer authored a search warrant for the vehicle **FIELDS** fled from, which was signed by an Orleans Parish magistrate commissioner. The investigating officer confiscated the following evidence:

    A.    black Glock handgun model 23 .40 caliber with a magazine containing 14 rounds

    B.    digital weigh scale inside of a box

    C.    extended magazine containing an unknown number of rounds

    D.    clear, vacuum-sealed bag of green vegetable matter which was cut open (132 grams)

    E.    100-count box of sandwich baggies

    F.    orange prescription bottle of round, light blue pills (13 whole pills, and several crushed pieces of pills, 19.6 grams)

    G.    black Apple iPhone, unknown IMEI

    H.    silver Hewlett Packard computer, serial # 55CG0399019

15. Between January 26, 2024 to January 30, 2024 items D and F (posted above) were analyzed by the NOPD Scientific Criminal Investigation Section and item D was determined to be marijuana (gross weight 133.22 grams) and item F was determined to be ketamine. Ketamine is a Schedule III-controlled substance. Ketamine is a dissociative anesthetic that has some hallucinogenic effects. Ketamine distorts the perception of sight and sound and makes the user feel disconnected and not in control. It is referred to as a "dissociative anesthetic hallucinogen" because it makes patients feel detached from their pain and environment. Ketamine can induce a state of sedation (feeling calm and relaxed), immobility, relief from pain, and amnesia (no memory of events while under the influence of the drug) and is abused for the dissociative sensations and hallucinogenic effects.

## CONCLUSION

16. Based upon the facts above, your Affiant submits there is probable cause to believe that on January 9, 2024, **FIELDS** was illegally in possession of narcotics intending to distribute them, in violation of Title 21, U.S.C. § 841(a)(1) Possession with the Intent to Distribute Controlled Substances. Your affiant also prays that the Court will issue an arrest warrant for **FIELDS** for said violations. Your Affiant swears that the aforementioned information is true and correct to the best of his knowledge.

Respectfully Submitted,

*/s/ Alden Moton, Jr.*
Alden Moton, Jr.
Task Force Officer
Federal Bureau of Investigation

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the Affiant under oath, and the Affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the Affiant, that the document received by me is a correct and complete copy of the document submitted by the Affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the Affiant's knowledge.

Subscribed and sworn to before me on
this 11th day of March, 2024,
New Orleans, Louisiana.

_____
HONORABLE JANIS VAN MEERVELD
UNITED STATES MAGISTRATE JUDGE

9